# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-00173-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| CHRISTOPHER W. HECKEL-WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Minor operating a motor vehicle with a blood or breath alcohol concentration equal to or more than 0.05%, in violation of 36 C.F.R. § 4.2 (CVC 2314(a))

**Sentence Date:** December 4, 2014

**Review Hearing Date:** October 1, 2015

**Probation Expires On:** December 3, 2015

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,260.00, which Total Amount is made up of a Fine: $ 1,250.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 150 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant shall complete the First Time DUI Offender Program through the Department of Motor Vehicles.

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

   **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1,000.00
   ☒ If not paid in full when was last time payment:   Date: 7/8/2015
                                                        Amount: $300.00

☐ To date, Defendant has performed      hours of community service.

☒ Compliance with Other Conditions of Probation:  Defendant is in the process of enrolling in a First Time DUI Offender Course.  He was unable to enroll earlier because he was living in Farmersville and had difficulty finding a course there.  Because his license is suspended, it was not feasible for him to enroll in a course in a different city.  Defendant recently relocated to Visalia and has found a suitable course there.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Bayleigh J. Pettigrew*

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/1/2015 at 10:00 a.m.

  ☒ be continued to 2/4/2016 at 10:00 a.m.; or

  ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

By separate motion, Defendant is requesting that the Court extend his term of unsupervised probation for four months to allow him time to finish paying his fine and complete the First Time DUI Offender Course.

DATED:  9/17/2015                                   */s/ Erin Snider*
                                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for October 1, 2015, at 10:00 am be continued to February  4, 2016 at 10:00 a.m.

☐ DENIED.

DATED: 9/18/2015

**STANLEY A. BOONE**
United States Magistrate Judge