IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>CHRISTOPHER W. HECKEL-WILLIAMS,<br><br>　　　　Defendant. | Case No. 1:14-mj-00173-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Minor operating a motor vehicle with a blood or breath alcohol concentration equal to or more than 0.05%, in violation of 36 C.F.R. § 4.2 (CVC 2314(a)) |
| **Sentence Date:** | December 4, 2014 |
| **Review Hearing Date:** | February 4, 2016 |
| **Probation Expires On:** | April 4, 2016 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒　　**Obey all federal, state and local laws**; and

☒　　**Monetary Fines & Penalties in Total Amount of:** $1,260.00, which Total Amount is made up of a Fine: $ 1,250.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒　　**Other Conditions:**  Defendant shall complete the First Time DUI Offender Program through the Department of Motor Vehicles.

### *COMPLIANCE:*

☐　　Defendant has complied with and completed <u>all</u> conditions of probation described above.

　　　**Otherwise:**

☒　　Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

　　　　If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒　　To date, Defendant has paid the full amount of the fine.

☒　　Compliance with Other Conditions of Probation:  Defendant is in the process of completing the First Time DUI Offender Course.  **He is scheduled to complete the course on February 24, 2016.**

*GOVERNMENT POSITION:*

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Bayleigh J. Pettigrew*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 2/4/2016 at 10:00 a.m.

  ☒  be continued to 3/17/2016 at 10:00 a.m.; or

  ☐  be vacated.

☐  In the event that the hearing is not continued, that Defendant's appearance for the review hearing be waived.

DATED:  1/20/2016                      */s/ Megan Hopkins*
                                        DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED.  The Court orders that the Review Hearing set for February 4, 2016 at 10:00 am be continued to March 17, 2016 at 10:00 a.m.

☐  DENIED.

IT IS SO ORDERED.

Dated:  **January 26, 2016**

UNITED STATES MAGISTRATE JUDGE