# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00173-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| CHRISTOPHER W. HECKEL-WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Minor operating a motor vehicle with a blood or breath alcohol concentration equal to or more than 0.05%, in violation of 36 C.F.R. § 4.2 (CVC 23140(a)) |
| **Sentence Date:** | December 4, 2014 |
| **Review Hearing Date:** | March 17, 2016 |
| **Probation Expires On:** | April 4, 2016 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,260.00, which Total Amount is made up of a Fine: $ 1,250.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ **Other Conditions:** Defendant shall complete the First Time DUI Offender Program through the Department of Motor Vehicles.

## *COMPLIANCE:*

☒ Defendant has complied with and completed all conditions of probation described above.

Mr. Heckel-Williams has completed all of his DUI Program classes, and has a final exit interview scheduled on 3/15/16. He will not receive his certificate of completion until after 3/25/16, however, due to the time it takes to process.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/ *Katherine A. Plante*

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 3/17/2016 at 10:00 a.m.

         ☐      be continued; or

         ☒      be vacated.

☒      In the event that the hearing is not vacated, that Defendant's appearance for the review hearing be waived.

DATED:  3/11/2016                           */s/ Megan Hopkins*
                                               DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing be vacated.

☐      DENIED.

IT IS SO ORDERED.

Dated:    **March 14, 2016**
                                       UNITED STATES MAGISTRATE JUDGE